D. Todd Davenport
Gibson Davenport Anderson
807 8th Street, 8th Floor
Wichita Falls, Texas   76301-3368
(940) 322-7856
**Attorneys for Waggoner National Bank**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| IN RE: | § § | |
| CRANE, Larry & Amy | § § § § | BK #08-70481-HDH-13 |

## NOTICE OF HEARING

A hearing on Waggoner National Bank's Motion to Lift Stay will be held before the United States Bankruptcy Judge, in the above-numbered and entitled cause on October 29, 2009 at 11:00 a.m. in Room 222, U.S. Courthouse, 1000 Lamar, Wichita Falls, Texas 76301.   Movant waives the thirty day local rule for setting the hearing.

    Respectfully submitted,

    GIBSON DAVENPORT ANDERSON
    807 8th Street, 8th Floor
    Wichita Falls, Texas   76301-3368
    (940) 322-7856
    FAX: 322-1204

    BY:_____/s/_____
        D. TODD DAVENPORT
        State Bar #24031988
      Attorneys for Waggoner National Bank

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing **Notice of hearing** has been served by ECF and/or certified mail, return receipt requested, upon the following:

Monte White, attorney for debtor
1106 Brook
Wichita Falls, Texas   76301

Walter O'Cheskey, Bankruptcy Trustee

U.S. Trustee
1100 Commerce, Room 976
Dallas, Texas   75242

Larry Crane & Amy Crane
2902 Antelope
Vernon, Texas 76384
Certified mail, return receipt requested

this 8th day of September, 2009.

_____/s/_____
D. TODD DAVENPORT

{GDA File: 00213351.DOC}